IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

TRAVIS SENTELL MONROE,
         Petitioner,
    v.                                      **Judgment in a Civil Case**
SARA M. REVELL,
         Respondent.                    Case Number: 5:12-HC-2165-FL

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the respondent's motion to dismiss.

**IT IS ORDERED AND ADJUDGED** that respondent's motion to dismiss is granted and this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 8, 2013, with service on:
Jerry Wayne Leonard and Kimberly A. Moore DelForge (via CM/ECF Notice of Electronic Filing)

February 8, 2013                                      /s/ Julie A. Richards
                                                                Clerk

Raleigh, North Carolina